# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| **KASSANDRA ELEJARZA,** § | | |
| *Plaintiff,* § | | |
| § | | |
| Vs. § | | |
| § | **CIVIL ACTION NO. 7:25-CV-99** | |
| § | | |
| **GOODLEAP, LLC, TRISMART SOLAR,** § | | |
| **LLC, CALEB PHILLIPS, and VIVINT, LLC** § | | |
| *Defendants.* § | | |

## ORDER GRANTING PLAINTIFF'S OPPOSED MOTION TO REMAND

ON THIS DAY, The Court considered Plaintiff's Opposed Motion to Remand. After due consideration of all arguments raised therein, the court is of the opinion that the motion shall be **GRANTED.**

It is therefore **ORDERED** that this matter, including all claims and all parties, shall be **REMANDED** back to the County Court at Law Number Seven of Hidalgo County, Texas.

_____
PRESIDING JUDGE

Cc:   **Counsel for Plaintiff (s):** Jason Palker; Palker Law Firm, PLLC; service@palkerlaw.com
   **Counsel for Defendant GoodLeap, LLC**: Earl L. Ingle, James R. Ray, III; Munsch Hardt Kopf & Harr, P.C.; eigle@munsch.com, jray@munsch.com
   **Counsel for Defendant TriSMART Solar, LLC**: Timothy R. Allen; TriSMART Solar, LLC; tallen@trismartsolar.com
   **Counsel for Defendant Vivint, LLC:** Ha-Vi L. Nguyen, Richard Abram Stewart, Frost Brown Todd, LLC; hlnguyen@fbtlaw.com, rstewart@fbtlaw.com
   **Counsel for Defendant Caleb Phillips**: Ha-Vi L. Nguyen; Frost Brown Todd, LLC; hlnguyen@fbtlaw.com