# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| KASSANDRA ELEJARZA<br><br>Plaintiff,<br><br>v.<br><br>GOODLEAP, LLC, TRISMART SOLAR, LLC, CALEB PHILLIPS and VIVINT, LLC<br><br>Defendant. | Civil Action No. 7:25-cv-99 |

### ORDER GRANTING DEFENDANTS VIVINT, LLC AND CALEB PHILLIPS' OPPOSED MOTION TO JOIN MOTIONS TO COMPEL ARBITRATION FILED BY GOODLEAP, LLC AND TRISMART SOLAR, LLC

The Court, having considered Defendants Vivint, LLC and Caleb Phillips' Opposed Motion to Join Motions to Compel Arbitration Filed by GoodLeap, LLC and TriSMART Solar, LLC, finds that the relief requested should be GRANTED.

It is therefore ordered that Plaintiff's claims against all Defendants, including Defendants Vivint, LLC and Caleb Phillips, shall be submitted to binding arbitration in accordance with the parties' agreement.

IT IS SO ORDERED.

SIGNED this ___ day of _____, 2025.

_____
United States District Judge