IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| KASSANDRA ELEJARZA<br><br>Plaintiff,<br><br>v.<br><br>GOODLEAP, LLC, TRISMART SOLAR, LLC, CALEB PHILLIPS and VIVINT, LLC<br><br>Defendant. | Civil Action No. 7:25-cv-99 |

**DEFENDANT TRISMART SOLAR, LLC'S
MOTION TO APPEAR REMOTELY AT INTIAL CONFERENCE**

Comes now Defendant TriSMART Solar, LLC, and moves for permission from the Court for its counsel to appear at the **Initial Conference** scheduled for **May 6, 2025 at 3:30 P.M.** remotely by telephone or via video conference.

Undersigned counsel is located at Defendant's office in Houston, Texas. In person attendance would require a full day of travel to and from McAllen, Texas. Counsel can more effectively and economically represent his client by appearing remotely. Counsel would therefore request that he be allowed to appear remotely.

Respectfully submitted,

**TRISMART SOLAR, LLC**

  /s/ *Timothy R. Allen*
**TIMOTHY R. ALLEN**
Texas Bar No. 24092028
SDTX No. 2793089
600 Northpark Central Drive, Suite 140
Houston, Texas 77073
832-553-6304 x304
tallen@trismartsolar.com

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record pursuant to the Federal Rules of Civil Procedure 5(b)(2)(E) on April 28, 2025.

  /s/ *Timothy R. Allen*
**TIMOTHY R. ALLEN**