**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | |
|---|---|
| KASSANDRA ELEJARZA<br><br>Plaintiff,<br><br>v.<br><br>GOODLEAP, LLC, TRISMART SOLAR, LLC, CALEB PHILLIPS and VIVINT, LLC<br><br>Defendant. | Civil Action No. 7:25-cv-99 |

## ORDER DENYING PLAINTIFF'S OPPOSED MOTION TO REMAND

The Court, having considered Plaintiff's Opposed Motion to Remand [ECF No. 18], Defendants' Joint Response to Plaintiff's Opposed Motion to Remand [ECF No. 22], the record, applicable law, and the arguments of counsel, finds that Plaintiff's Opposed Motion to Remand should be DENIED.

**It is so ordered.**

_____
Presiding Judge

0145544.0787163   4909-6666-6045v1

1