IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| KASSANDRA ELEJARZA<br><br>Plaintiff,<br><br>v.<br><br>GOODLEAP, LLC, TRISMART SOLAR, LLC, CALEB PHILLIPS and VIVINT, LLC<br><br>Defendant. | Civil Action No. 7:25-cv-99 |

### ORDER GRANTING DEFENDANT TRISMART SOLAR, LLC'S FIRST AMENDED MOTION TO APPEAR REMOTELY AT INITIAL CONFERENCE

The Court, having considered Defendant TriSMART Solar, LLC's First Amended Motion to Appear Remotely at Initial Conference, finds that Defendant's Motion should be GRANTED. It is, therefore,

ORDERED that counsel for Defendant TriSMART Solar, LLC may appear for the Initial Conference on May 6, 2025 at 3:30 P.M. by Zoom video conference. The link to appear remotely is: _____

**It is so ordered.**

_____
Presiding Judge