# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| **KASSANDRA ELEJARZA,** § | |
| *Plaintiff,* § | |
| § | |
| Vs. § | |
| § | **CIVIL ACTION NO. 7:25-CV-00099** |
| **GOODLEAP, LLC., TRISMART SOLAR,** § | |
| **LLC., CALEB PHILLIPS, AND VIVINT,** § | |
| **LLC.,** § | |
| *Defendants.* § | |

## PLAINTIFF KASSANDRA ELEJARZA'S MOTION TO APPEAR REMOTELY AT INITIAL PRETRIAL AND SCHEDULING CONFERENCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Kassandra Elejarza ("Plaintiff"), and respectfully moves the Court for permission for her counsel to appear remotely, via telephone or video conference, at the Initial Pretrial and Scheduling Conference currently set before Honorable Judge Ricardo H. Hinojosa on May 6, 2025 at 3:30pm.

Plaintiff's counsel is currently under the weather and being tested today for influenza and/or Covid 19. Counsel for Defendant TriSmart Solar, LLC is already appearing remotely via Zoom and there should be no prejudice to any parties involved should this motion be granted. Counsel respectfully requests leave to appear remotely to prevent the potential spread of illness. Remote appearance will allow counsel to effectively represent Plaintiff while minimizing disruption of courtroom proceedings. All counsel of record has indicated that they are unopposed to Plaintiff's motion.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that the Court grant this motion and permit counsel to appear remotely for the above-referenced conference.

Respectfully Submitted,

>                           By:    */s/ Jason Palker*
>                                  JASON PALKER
>                                  Texas Bar No. 24108248
>                                  Federal Bar No. 3633290
>
>                                  **PALKER LAW FIRM, PLLC**
>                                  4428 S. McColl Rd.
>                                  Edinburg, TX 78539
>                                  Telephone: (956) 320-0270
>                                  Email: service@palkerlaw.com
>
>                                  **ATTORNEY-IN-CHARGE FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

I, the undersigned attorney, hereby certify to the Court that I have conferred with all opposing counsel via telephone regarding my remote appearance at the May 6, 2025, Initial Pretrial and Scheduling Conference scheduled in this case. All counsel indicated that they are not opposed to my remote appearance at this setting.

>                                  */s/ Jason Palker*
>                                  Jason Palker

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that on May 6, 2025, a true and correct copy of this instrument was forwarded to all counsel of record using the Court's Pacer/CM/ECF system in accordance with the Federal Rules of Civil Procedure and applicable local rules.

>                                  */s/ Jason Palker*
>                                  Jason Palker