**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | |
|---|---|
| **KASSANDRA ELEJARZA,** § | |
| *Plaintiff,* § | |
| § | |
| Vs. § | |
| § | **CIVIL ACTION NO. 7:25-CV-00099** |
| **GOODLEAP, LLC., TRISMART SOLAR,** § | |
| **LLC., CALEB PHILLIPS, AND VIVINT,** § | |
| **LLC.,** § | |
| *Defendants.* § | |

**ORDER GRANTING PLAINTIFF KASSANDRA ELEJARZA'S MOTION TO APPEAR REMOTELY AT INITIAL PRETRIAL AND SCHEDULING CONFERENCE**

ON THIS DAY, the Court considered Counsel for Plaintiff Kassandra Elejarza's Motion to Appear Remotely at the Initial Pretrial and Scheduling Conference set for May 6, 2025, at 3:30pm. After reviewing the motion, the Court finds that the motion should be **GRANTED.**

It is therefore **ORDERED** that counsel for Plaintiff is permitted to appear remotely, via telephone or video conference, at the Initial Pretrial and Scheduling Conference on May 6, 2025.

Signed this \_\_\_\_ day of _____, 2025.

_____
PRESIDING JUDGE