IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| KASSANDRA ELEJARZA<br><br>  Plaintiff,<br><br>  v.<br><br>GOODLEAP, LLC, TRISMART SOLAR, LLC, CALEB PHILLIPS and VIVINT, LLC<br>  Defendants. | Civil Action No. 7:25-cv-99 |

### NOTICE OF APPEARANCE FOR DEFENDANT GOODLEAP, LLC

PLEASE TAKE NOTICE that Laura C. Murray of Munsch Hardt Kopf & Harr, P.C. appears on behalf of Defendant GoodLeap, LLC ("GoodLeap") in the above-captioned proceeding and requests notices accordingly. Contact information for purposes of the appearance is as follows:

**Laura C. Murray**
Texas Bar No. 24137071
MUNSCH HARDT KOPF & HARR, P.C.
700 Milam Street, Suite 800
Houston, Texas 77002
Phone: (713) 222-4091
Fax: (713) 222-5834
lmurray@munsch.com

James R. Ray, III of Munsch Hardt Kopf & Harr, P.C. shall remain lead counsel, and Earl L. Ingle of Munsch Hardt Kopf & Harr, P.C. shall remain additional counsel.

4922-0325-4868v.1

Respectfully submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Laura C. Murray*
    **James R. Ray, III**
    Texas Bar No. 24079746
    SDTX No. 1487531
    1717 West 6th Street, Suite 250
    Austin, Texas 78703
    Telephone: 512.391.6100
    Facsimile: 512.391.6149
    jray@munsch.com

    **Earl L. Ingle**
    State Bar No. 24097234
    SDTX No. 3219597
    eingle@munsch.com
    **Laura C. Murray**
    State Bar No. 24137071
    SDTX No. 3874416
    lmurray@munsch.com
    700 Milam Street, Suite 800
    Houston, Texas 77002
    Telephone: (713) 222-4075

**ATTORNEYS FOR GOODLEAP, LLC**

4922-0325-4868v.1

## CERTIFICATE OF SERVICE

    Pursuant to Rule 5 of the Federal Rules of Civil Procedure, the undersigned counsel for the Defendant GoodLeap, LLP certify the foregoing document has been filed with the Court and served upon all known counsel of record via the Court's electronic case filing system on July 11, 2025:

Jason Palker
PALKER LAW FIRM, PLLC
4428 S. McColl Rd.
Edinburg, Texas 78539
service@palkerlaw.com
***Attorney for Plaintiff***

D. Joe Griffin
d.joe.griffin@gmail.com
Timothy R. Allen
tallen@trismartsolar.com
600 Northpark Central Drive, Suite 140
Houston, Texas 77073
***Attorneys for TriSMART Solar, LLC***

Richard A. Stewart
rstewart@fbtlaw.com
11000 Louisiana Street, Suite 4300
Houston, Texas 77002

Ha-Vi L. Nguyen
hlnguyen@fbtlaw.com
2101 Cedar Springs Road, Suite 900
Dallas, Texas 75201
***Attorneys for Vivint, LLC and Caleb Philips***

                                        */s/ Laura C. Murray*
                                        Laura C. Murray