IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| KASSANDRA ELEJARZA, § | |
|    *Plaintiff*, § | |
| § | |
| V. § | |
| § | CIVIL ACTION NO. 7:25-CV-00099 |
| GOODLEEP, LLC., TRISMART SOLAR, § | |
| LLC., AND CALEB PHILIPS, AND § | |
| VIVINT, LLC., § | |
|    *Defendant.* | |

___

**PLAINTIFF'S NOTICE OF APPEARANCE**
___

**TO THE HONORABLE JUDGE OF SAID COURT**:

Please take notice that the following attorney is making an appearance on behalf of Plaintiff KASSANDRA ELEJARZA:

> Raul De La Garza
> State Bar No. 24087394
> Federal ID No. 2328369
> Palker Law Firm
> 4428 S. McColl Rd.
> Edinburg, Texas 78539
> Telephone: (956) 320-0270
> Raul.dlg@palkerlaw.com

> Respectfully submitted,
>
> **PALKER LAW FIRM, PLLC**
> 4428 S. McColl Rd.
> Edinburg, TX 78539
> Telephone: (956) 320-0270
> Email: service@palkerlaw.com
>
> By: */s/ Raul De La Garza*
>     Jason Palker
>     Federal Bar No. 3633290
>     State Bar No. 24108248
>     Raul De La Garza

Federal Bar No. 2328369<br>
Texas Bar No. 24087394<br>
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2025, a true and correct copy of this instrument was forwarded to the following counsel of record using the Court's Pacer/CM/ECF system and by electronic mail in accordance with the Federal Rules of Civil Procedure and applicable Local Rules.

*Defendant*
*GoodLeep, LLC.*
Earl L. Ingle
Munsch Hardt Kopf Harr
700 Milam St.
Suite 800
Houston, Tx 77002
713-222-4075
Email: eingle@munsch.com
*ATTORNEY TO BE NOTICED*
Ha-Vi L. Nguyen
Frost Brown Todd LLC
2101 Cedar Springs Rd.
Ste 900
Dallas, Tx 75201
214-545-3472
Fax: 214-545-3473
Email: hlnguyen@fbtlaw.com
*ATTORNEY TO BE NOTICED*
Laura Christine Murray
Munsch Hardt Kopf Harr, P.C.
700 Milam St
Ste 800
Houston, TX 77002
713-222-4091
Email: lmurray@munsch.com
*ATTORNEY TO BE NOTICED*
James Robert Ray, III
Munsch Hardt et al
1717 West 6th Street
Suite 250
Austin, Tx 78703
512-391-6149
Email: jray@munsch.com
*ATTORNEY TO BE NOTICED*

*Defendant*
*TriSMART Solar, LLC*
David Joseph Griffin
Attorney at Law
2402 Legends Gate
Spring, Tx 77386
801-472-9021
Email: dabugattas@trismartsolar.com
ATTORNEY TO BE NOTICED
Timothy Richards Allen
TriSMART Solar, LLC
600 Northpark Central Drive
Suite 140
Houston, Tx 77073
281-337-1435
Email: tallen@trismartsolar.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Ha-Vi L. Nguyen
Frost Brown Todd LLC
2101 Cedar Springs Rd.
Ste 900
Dallas, Tx 75201
214-545-3472
Fax: 214-545-3473
Email: hlnguyen@fbtlaw.com
*ATTORNEY TO BE NOTICED*
*Defendant*
*Caleb Philips*
Ha-Vi L. Nguyen
Frost Brown Todd LLC
2101 Cedar Springs Rd.
Ste 900
Dallas, Tx 75201
214-545-3472
Fax: 214-545-3473
Email: hlnguyen@fbtlaw.com
*Defendant*
*Vivint, LLC*
Samuel Wardle
Frost Brown Todd LLC
Email: swardle@fbtlaw.com
*ATTORNEY TO BE NOTICED*

                                                               */s/ Raul De La Garza*
                                                               Raul De La Garza