United States District Court
Southern District of Texas
**ENTERED**
July 16, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| KASSANDRA ELEJARZA<br>*Plaintiff,*<br><br>Vs.<br><br>GOODLEAP, LLC, TRISMART SOLAR,<br>LLC, CALEB PHILLIPS, and VIVINT, LLC<br>*Defendant.* | §<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 7:25-CV-99<br>§<br>§<br>§<br>§ |

## ORDER GRANTING DEFENDANTS' MOTIONS TO COMPEL ARBITRATION

On this day, the Court considered the Defendants' Motions to Compel Arbitration and after having considered the motions, evidence, the responses, and arguments of counsel, the Court finds that Motions should be **GRANTED** as stated on the record.

**IT IS THEREFORE ORDERED** that all of the Plaintiff's claims against Defendants are **REFERRED** to binding arbitration pursuant to the arbitration provisions in the Agreements among the parties.

This matter is **STAYED** and administratively closed pending arbitration.

Signed this 15th day of July, 2025.

*Ricardo H. Hinojosa*
Ricardo H. Hinojosa
SENIOR U.S. DISTRICT JUDGE